**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6145**

———————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

       v.

SCOTT LEWIS RENDELMAN,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    James  K.  Bredar,  District  Judge.
(8:07-cr-00331-JKB-1; 8:12-cv-00859-JKB)

———————

Submitted:  April 25, 2013          Decided:  April 30, 2013

———————

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Scott Lewis Rendelman, Appellant Pro Se.  Sujit Raman, Assistant
United States Attorney, Baltimore, Maryland; Stacy Dawson Belf,
Assistant United States Attorney, Gregory P. Bailey, OFFICE OF
THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Lewis Rendelman seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Rendelman has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED
